

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| In Re: Rosa Serrano, | § | No. 08-16-00110-CV |
| | § | |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is Relator's request to seal documents attached to the motion.

Relator's motion to seal the records is denied. The Court will not post the motion or the documents

to the web. *See* TEX.R.APP.P. 9.9(e).

IT IS SO ORDERED this 16th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)